UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH )
badtrucking@icloud.com THAT IS STORED )    3:20-MJ-2125
AT PREMISES CONTROLLED BY )
APPLE, INC. )

## SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Application for a Search Warrant, the Affidavit in support, Search Warrant, the Motion to Seal, and the Sealing Order filed in the above-styled case shall be sealed and maintained in the custody of the Clerk of the Court for one hundred-eighty (180) days from the date of the Order.

Enter this 15th day of May, 2020.

_____
United States Magistrate Judge